UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Lisa Parteh,

        Plaintiff,

vs.                                                           ORDER ADOPTING
REPORT AND RECOMMENDATION

U.S. Bank National Association,

        Defendant.                  Civ. No. 11-2932 (MJD/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That Plaintiff's Motion to Remand [Docket No. 19] is **DENIED**.

DATED: March 22, 2012                           s/Michael J. Davis
At Minneapolis, Minnesota                 Michael J. Davis, Chief Judge
                                                                United States District Court